

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00592-CR

Joaquin Alberto **DAVILA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013CRB377-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

The reporter's record was originally due September 17, 2014; however, the court granted the reporter, Roxann G. Soto, an extension of time until October 17, 2014. The reporter has filed a request for an additional thirty days to file the record.

We grant the motion and order Roxann G. Soto to file the record by **November 17, 2014**. The reporter is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court